IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-03098-01-CR-S-RED |
| ) | |
| UNEAL DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court are Defendant's Motion to Suppress Evidence (Doc. 16), the Government's Response to Motion to Suppress the Evidence (Doc. 17), the Report and Recommendation of United States Magistrate Judge (Doc. 22), and Defendant's Exceptions to Report and Recommendation of United States Magistrate (Doc. 23)..

Upon careful and independent review of the pending motion and the suggestions and exceptions filed by the parties in regard to said motion, and a review of the applicable law, the Court ADOPTS the Report and Recommendation of United States Magistrate Judge (Doc. 22) in full. Accordingly, for the reasons articulated herein and by the Magistrate in the Report and Recommendation, Defendant's Motion to Suppress Evidence (Doc. 16) is hereby **DENIED**.

IT IS SO ORDERED.

DATE:   June 18, 2008         */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT